# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| United States of America. | ) | |
|     Plaintiff, | ) | Case No: 3:19 CR 50005-1 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| Constantino Bermudez. | ) | |
|     Defendant. | ) | |

## **ORDER**

Constantino Bermudez appeared before U.S. Magistrate Judge, Iain D. Johnston on February 14, 2019 pursuant to Writ (#8). Defendant is ordered remanded into federal custody until further order of the court.

Date:  February 14, 2019                   /s/ Iain D. Johnston
                                                       U.S. Magistrate Judge